# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SYLVESTER WILLIAMS JR., ) | District Judge- Phillip J. Caraballo |
| ) | |
| PLAINTIFF ) | 1:25-CV-970 |
| ) | |
| vs. ) | FILED SCRANTON |
| ) | JUN 06 2025 |
| Sheetz Convenience Store Gas Station, ) | PER _____ DEPUTY CLERK |
| Springettsbury Township Police, ) | |
| Sarah Thomas Badge# 43-21, ) | |
| Brett Fishel Badge# 43-33. ) | |
| ) | |
| DEFENDANTS. ) | |

### AFFIDAVIT BRIEF MOTION For In Forma Pauperis

I, SYLVESTER WILLIAMS JR., of YORK, in YORK County, Pennsylvania, MAKE OATH AND SAY THAT:

<u>1</u>. I SYLVESTER WILLIAMS JR., of YORK, PENNSYLVANIA, in YORK COUNTY, PENNSYLVANIA, MAKE OATH AND SAY THAT:

a.) E.g. I, SYLVESTER WILLIAMS JR., am creating this brief motion AFFIDAVIT PURSUANT to FEDERAL RULES of CIVIL PROCEDURES – Rule 56. - Procedures. (l)(a), (l)(b), (2), (4), LR 7.06 Submission of Briefs Supporting Motions.

b.) Other than a motion for summary judgement, shall file a brief in opposition within

1

fourteen (14) days after service of the movants brief in support of the motion is not required under these. B.) LR 7.05 Submission of Briefs Supporting Motions. Of any motion, the party filing the motion shall file a brief in support of the motion. If the motion seeks a protective order, a supporting brief shall be filed with the motion.

**3.** In Forma Pauperis PURSUANT TO 28 U.S.C. § 1915 Subsection (a.) allows courts to authorize the commencement, prosecution, or defense of any civil or criminal suit, action, or proceeding without prepayment of fees and costs by a person who makes an affidavit of indigency.

**4.** In dispute to confirm AND WAS, on the 6th day of June 2023, A PRELIMINARY HEARING was held with case DOCKET NO: MJ-19201CR-0000271-2023 Ordered case By The Court: Magisterial District Judge Barry L. Bloss Jr.; concurring to the dismissal of charges that resulted from false arrest, and false accusations.

GODSPEED.
Respectfully Submitted,

## COMMONWEALTH OF PENNSYLVANIA COUNTY OF YORK

SUBSCRIBED AND NOW SWORN TO BEFORE ME, on the 2nd day of June, 2025

*Sylvester Williams Jr.*
Signature

2

Sylvester Williams Jr.

151 North Queen Street

York, Pennsylvania 17403

Phone-Phone- (717)434-2288 Alternative# (717)894-2838

---

District Judge Phillip J. Caraballo

William J. Nealson Federal Bldg.

& 235 North Washington Avenue

Scranton, Pennsylvania 18503

Sylvester Williams Sr.
151 North Queen Street
York, Pennsylvania 17403

PER ƐP
DEPUTY CLERK
RECEIVED
SCRANTON
JUN 06 2025

Middle District Judge Phillip J Caraballo
William J. Nealson Federal Building &
235 North Washington Avenue
Scranton, Pennsylvania 18503

USMS X-RAY



U.S. POSTAGE PAID
FCM LG ENV
YORK, PA 17401
JUN 02, 2025
18503
$1.50
R2324H500249-16
RDC 99
Retail